BLANCHE M. STEELE, as Administratrix of HERBERT A. STEELE, Deceased, Respondent, *v.* CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Appellant.

*Steele* v. *Connecticut General Life Ins. Co* , 31 App. Div. 389, affirmed.
(Argued October 20, 1899; decided November 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 23, 1898, reversing a judgment in favor of defendant entered upon a decision of the court at a Trial Term, a jury having been waived, and granting a new trial.

*Ceylon H. Lewis* and *Henry C. Robinson* for appellant.

*Frank C. Sargent* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs in all courts, on opinion below.
All concur.

---

FRANCIS G. MOORE, as Executor of GRACE E. W. MOORE, Deceased, Appellant, *v.* ANTHONY VAN ARSDALE WINANS, Respondent.

*Moore* v. *Winans*, 23 App. Div. 308, affirmed.
(Submitted October 23, 1899; decided November 21, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1897, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and dismissing the complaint.

*Mortimer A. Ruger* for appellant.

*William Man* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.